Maureen M. Monaghan, Jefferson City, MO, for appellant.

Mark R. Feldhaus, Jefferson City, MO., for respondent.

Before: LISA WHITE HARDWICK, P.J., ROBERT G. ULRICH and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM.

The State appeals the trial court's judgment to suppress evidence because the search was not compliant with section 544.193 RSMo. (2000). For the reasons explained in the memorandum furnished to the parties, we affirm. Rule 30.25(b).

STATE of Missouri, Appellant,

v.

Xavier D. JOHNSON, Respondent.

No. WD 64505.

Missouri Court of Appeals, Western District.

Jan. 25, 2005.

STATE of Missouri, Appellant,

v.

Xavier D. JOHNSON, Respondent.

No. WD 64506.

Missouri Court of Appeals, Western District.

Jan. 25, 2005.

Maureen M. Monaghan, Jefferson City, MO, for Appellant.

Mark R. Feldhaus, Jefferson City, MO, for Respondent.